Amy M. Samberg, NV Bar No. 10212
asamberg@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone: 602-926-9880
Facsimile: 312-863-5099

Dylan P. Todd, NV Bar No. 10456
dtodd@fgppr.com
Lee H. Gorlin, NV Bar No. 13879
lgorlin@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099

*Attorneys for The Travelers Home and Marine Insurance Company*

## UNTITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDSAY BURCHBY, an individual, and CASEY BURCHBY, an individual<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS HOME AND MARINE INSURANCE COMPANY; DOES I -XXX; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | CASE NO.   3:20-cv-00155-RCJ-CLB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Casey Burchby and Lindsay Burchby ("Plaintiffs") and Defendant The Travelers Home and Marine Insurance Company ("Defendant"), by and through their respective counsel, and hereby notify this Court that the above-matter settled at mediation held on August 26, 2020 before Judge Jerry C. Whitehead [Ret.], and request that this matter be dismissed with prejudice in its entirety, including all claims

that were or could have been asserted herein.  Each party will bear their own costs and attorneys' fees.

      This case has not been scheduled for trial.

DATED:  October 9, 2020

LEVERTY & ASSOCIATES LAW CHTD.

By: /s/ *Patrick Leverty*
Patrick R. Leverty, Esq. (NV Bar No. 8840)
832 Willow Street
Reno, NV 89502

Nancy A. Gilbert, Esq. (NV Bar No. 6891)
832 Willow Street
Reno, NV 89502

*Attorneys for Plaintiffs*

DATED:  October 9, 2020

FORAN GLENNON PALANDECH PONIZ & RUDLOFF PC

By: /s/ *Dylan P. Todd*
Amy M. Samberg (NV Bar No. 10212)
400 E. Van Buren Street, Suite 400
Phoenix, AZ 85004

Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Defendant The Travelers Home and Marine Insurance Company*

**ORDER**

      IT IS SO ORDERED.

Dated:  October 21, 2020

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: October 9, 2020

                                                          */s/* Darhyl Kerr
                                                          An Employee of Foran Glennon